**EXHIBIT 2:** INFRINGEMENT
URL: https://safepaw.com/spring-forward-safety-tips-navigating-weather-changes-in-the-us/

